```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

LLOYD LEBLANC,                      :
       Plaintiff,             :
    v.                            :  Civil Action No. 04-84J
NORENE GREENLEAF                    :
       Defendant               :

### MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

On September 2, 2005, the Magistrate Judge filed a Report and Recommendation, docket no. 24, recommending that the remaining defendant's motion for summary judgment, docket no. 22, be granted.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation. No one has filed objections, and the time to do so has expired.

Upon review of the record and the Report and Recommendation, and noting the lack of objections thereto, the following order is entered:

AND NOW, this 26th day of September, 2005, it is

ORDERED that the defendant's motion for summary judgment, docket no. 22, is granted, and the complaint is dismissed. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

                                                BY THE COURT:

                                                KIM R. GIBSON,
                                                UNITED STATES DISTRICT JUDGE

cc:        Lloyd LeBlanc
           P.O. Box 1084
           Pocono Summit, PA 18346

           Christian D. Bareford, Esquire
           6th Floor Manor Complex
           564 Forbes Avenue
           Pittsburgh, PA 15219